**DISMISS and Opinion Filed May 10, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-21-00011-CV

## SAM C. TAMBORELLO, Appellant
## V.
## LINDSEY DIANE NICHOLS, KOY ARDEN NICHOLS, BERRY R. COX, AND HIGHLAND PARK, TEXAS, Appellees

### On Appeal from the 160th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-19-06613

## MEMORANDUM OPINION
Before Justices Myers, Partida-Kipness, and Garcia
Opinion by Justice Garcia

The filing fee and clerk's record in this case are past due. By postcard dated January 6, 2021, we notified appellant the $205 filing fee was due. We directed appellant to remit the filing fee within ten days and expressly cautioned appellant that failure to do so would result in dismissal of the appeal. By letter dated April 8, 2021, we informed appellant the clerk's record had not been filed because appellant had not paid for the clerk's record. We directed appellant to provide, within ten days, verification that (1) appellant has either paid for or made arrangements to pay

for the record, or (2) appellant is entitled to proceed without payment of costs.[1]  We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice.  To date, appellant has not paid the filing fee, provided the required documentation, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 37.3(b); 42.3(b), (c).


/Dennise Garcia/
DENNISE GARCIA
JUSTICE

210011F.P05

---

[1] Appellant did not indicate that he was unable to pay costs on his docketing statement filed on January 20, 2021.



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

SAM C. TAMBORELLO, Appellant

No. 05-21-00011-CV          V.

LINDSEY DIANE NICHOLS, KOY
ARDEN NICHOLS, BERRY R.
COX, AND HIGHLAND PARK,
TEXAS, Appellees

On Appeal from the 160th Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-19-06613.
Opinion delivered by Justice Garcia.
Justices Osborne and Partida-Kipness
participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellees LINDSEY DIANE NICHOLS, KOY ARDEN NICHOLS, BERRY R. COX, AND HIGHLAND PARK, TEXAS recover their costs of this appeal from appellant SAM C. TAMBORELLO.

Judgment entered May 10, 2021